# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| SUNG HO LEE § | Case No. 15-10714 |
| § | |
| Debtor § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/25/2015 . The undersigned trustee was appointed on 03/25/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of  $ 21,240.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,009.84 |
| Bank service fees | 378.67 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 19,851.49 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/13/2015 and the deadline for filing governmental claims was 09/25/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,874.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,874.00 , for a total compensation of $ 2,874.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/19/2018                    By: /s/PHILIP V. MARTINO
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-10714 | JSB | Judge: | Janet S. Baer | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|---|
| Case Name: | SUNG HO LEE | | | | Date Filed (f) or Converted (c): | 03/25/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/06/2015 |
| For Period Ending: | 07/19/2018 | | | | Claims Bar Date: | 08/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 612 COBBLESTONE CIR APT E GLENVIEW, IL 60025 | 86,606.00 | 21,240.00 | OA | 21,240.00 | FA |
| 2. PERSONAL CHECKING ACCOUNT FROM BBCN BANK ENDING 66 | 12.12 | 0.00 | OA | 0.00 | FA |
| 3. 2014 HONDA CRV MILEAGE: 14,500 | 20,711.00 | 0.00 | OA | 0.00 | FA |
| 4. VOID (u) | Unknown | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $107,329.12 | $21,240.00 | | $21,240.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report submitted to the U.S. Trustee for review on July 19, 2018.

RE PROP #        1    --    PAYMENTS TO BE MADE OVER 2 YEARS.

Initial Projected Date of Final Report (TFR): 06/30/2016        Current Projected Date of Final Report (TFR): 09/30/2018

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No.: 15-10714 | Trustee Name: PHILIP V. MARTINO |
| Case Name: SUNG HO LEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0026 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1029 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/15 | 1 | SUNG HO LEE GLENVIEW, IL  60025 | 1 of 24 settlement payments | 1110-000 | $885.00 | | $885.00 |
| 08/03/15 | 1 | SUNG HO LEE GLENVIEW, IL  60025 | 2 of 24 settlement payments | 1110-000 | $885.00 | | $1,770.00 |
| 08/05/15 | 5001 | DREAM TOWN REALTY Sandra Haswell2503 West Winnemac AvenueApt B 101Chicago, 60625 | Settlement Payment for commission | 3510-000 | | $1,000.00 | $770.00 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $760.00 |
| 10/01/15 | 1 | MYONGGI A. PARK GLENVIEW, IL  60025 | 3 of 24 settlement payments | 1110-000 | $885.00 | | $1,645.00 |
| 10/15/15 | 1 | SUNGHO LEE MONEY ORDER GLENVIEW, IL  60025 | 4 of 24 settlement payments | 1110-000 | $885.00 | | $2,530.00 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,520.00 |
| 11/10/15 | 1 | MEA K. LEE GLENVIEW, IL  60025 | 5 of 24 settlemlent payments | 1110-000 | $885.00 | | $3,405.00 |
| 11/30/15 | 1 | MEA K. LEE GLENVIEW, IL  60025 | 6 of 24 settlement payments | 1110-000 | $885.00 | | $4,290.00 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,280.00 |
| 01/04/16 | 1 | SUNG HO LEE MONEY ORDER GLENVIEW, IL  60025 | 7 of 24 settlement payments | 1110-000 | $885.00 | | $5,165.00 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,155.00 |
| 02/02/16 | 1 | SUNG HO LEE Money Order | 8 of 24 settlement payments | 1110-000 | $885.00 | | $6,040.00 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,030.00 |
| 03/02/16 | 1 | MYONGGI A. PARK GLENVIEW, IL  60025 | 9 of 24 settlement payments | 1110-000 | $885.00 | | $6,915.00 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,905.00 |
| 03/31/16 | 1 | MYONGGI A. PARK Yoon Ja Park | 10 of 24 | 1110-000 | $885.00 | | $7,790.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 4)* | | | Page Subtotals: | | $8,850.00 | $1,060.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-10714 | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SUNG HO LEE | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0026 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1029 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/19/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.27 | $7,779.73 |
| 04/27/16 | 1 | MEA K. LEE<br>1123 Boston HarborSchaumburg, IL 60193 | 11 of 24 settlement payments | 1110-000 | $885.00 | | $8,664.73 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $11.36 | $8,653.37 |
| 06/07/16 | 1 | SUNG HO LEE<br>612 Cobblestone Cir. EGlenview, IL 60025-3835 | 12 of 24 settlement payments | 1110-000 | $885.00 | | $9,538.37 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $12.86 | $9,525.51 |
| 06/15/16 | | LEE, SUNG HO<br>GLENVIEW, IL  60025 | Sung Ho Lee Check 6/7/16 bounced | 1110-000 | ($885.00) | | $8,640.51 |
| 06/23/16 | 1 | SUNG HO LEE<br>612 Coblestone Cir. EGlenview, IL  60025-3835 | Replacement check for 12th payment | 1110-000 | $885.00 | | $9,525.51 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.03 | $9,512.48 |
| 07/15/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $12.00 | $9,500.48 |
| 07/27/16 | 1 | SUNG HO LEE<br>612 Cobblestone Cir. EGlenview, IL 60025-3835 | 13 of 24 settlement payments | 1110-000 | $885.00 | | $10,385.48 |
| 08/03/16 | | ASSOCIATED BANK | Reverse 7/15/2016 Bank Service Fee | 2600-000 | | ($12.00) | $10,397.48 |
| 08/05/16 | | ASSOCIATED BANK | Bank Fee | 2600-000 | | $14.35 | $10,383.13 |
| 08/29/16 | 1 | SUNG HO LEE<br>GLENVIEW, IL  60025 | 14 of 24 settlement payments | 1110-000 | $885.00 | | $11,268.13 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $15.56 | $11,252.57 |
| 09/26/16 | | Reverses Adjustment OUT on 06/15/16 | Sung Ho Lee Check 6/7/16 bounced | 1110-000 | $885.00 | | $12,137.57 |
| 09/26/16 | 1 | SUNG HO LEE | Sung Ho Lee check 6/7/2016 bounced | 1110-000 | ($885.00) | | $11,252.57 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $3,540.00 | $77.43 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-10714 | Trustee Name: PHILIP V. MARTINO |
| Case Name: SUNG HO LEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0026 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1029 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/27/16 | | Reverses Deposit # 16 | Sung Ho Lee check 6/7/2016 bounced Should not have been entered. | 1110-000 | $885.00 | | $12,137.57 |
| 09/27/16 | 1 | SUNG HO LEE 612 Cobblestone Cir. EGlenview, IL 60025-3835 | 15 of 24 settlement payments | 1110-000 | $885.00 | | $13,022.57 |
| 09/27/16 | | Reverses Adjustment OUT on 07/15/16 | BANK SERVICE FEE | 2600-000 | | ($12.00) | $13,034.57 |
| 09/27/16 | | Reverses Adjustment IN on 08/03/16 | Reverse 7/15/2016 Bank Service Fee Should not have entered this; should have reversed bank fee, which I have now done. They are now off-set. | 2600-000 | | $12.00 | $13,022.57 |
| 09/27/16 | 1 | Reverses Deposit # 12 | 12 of 24 settlement payments | 1110-000 | ($885.00) | | $12,137.57 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.36 | $12,121.21 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.02 | $12,103.19 |
| 11/21/16 | 1 | Sung Ho Lee 612 Cobblestone Cir. E Glenview, IL  60025-3835 | Settlement Payment | 1110-000 | $885.00 | | $12,988.19 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.84 | $12,970.35 |
| 12/27/16 | 1 | SUNG HO LEE GLENVIEW, IL  60025 | 16 of 24 | 1110-000 | $885.00 | | $13,855.35 |
| 12/28/16 | 1 | Sung Lee GLENVIEW, IL  60025 | Payment 20 | 1110-000 | $885.00 | | $14,740.35 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.66 | $14,720.69 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | | | Page Subtotals: | | $3,540.00 | $71.88 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No.: 15-10714 | Trustee Name: PHILIP V. MARTINO |
| Case Name: SUNG HO LEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0026 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1029 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/17 | 1 | SUNG HO LEE<br>612 Cobblestone Circle, Apartment E<br>GLENVIEW, IL 60025 | Payment 21<br>Check No. 1505 dated 01/21/17<br>Envelope post-marked<br>01/27/17<br>Received via mail on 01/30/17 | 1110-000 | $885.00 | | $15,605.69 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.89 | $15,583.80 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.93 | $15,562.87 |
| 03/28/17 | 1 | SUNG HO LEE<br>GLENVIEW, IL 60025 | Payment 22<br>Check No. 1508 dated 02/21/17<br>Envelope post-marked<br>03/22/17<br>Received via mail on 03/28/17 | 1110-000 | $885.00 | | $16,447.87 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.31 | $16,424.56 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.63 | $16,400.93 |
| 05/23/17 | 1 | SUNG HO LEE<br>GLENVIEW, IL 60025 | Repurchase of Home - Per settlement<br>Payment 21 (March) and Payment 22 (April) | 1110-000 | $1,770.00 | | $18,170.93 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.06 | $18,145.87 |
| 07/07/17 | 1 | SUNG HO LEE<br>612 Cobblestone Cir. E<br>Glenview, IL 60025 | Repurchase of Home - Per settlement<br>Check No. 1535 dated 06/29/17<br>Envelope post-marked<br>06/30/17<br>Received via mail on 07/06/17 | 1110-000 | $885.00 | | $19,030.87 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.11 | $19,004.76 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*     Page Subtotals:     $4,425.00     $140.93

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-10714 | Trustee Name: PHILIP V. MARTINO |
| Case Name: SUNG HO LEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0026 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1029 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/18/17 | 1 | SUNG HO LEE<br>612 Cobblestone Cir. E<br>Glenview, IL  60025-3835 | Repurchase of Home - Per settlement<br>Check No. 1539 dated 07/12/17<br>Received via mail on 07/17/17 | 1110-000 | $885.00 | | $19,889.76 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.43 | $19,861.33 |
| 02/08/18 | 5002 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond Premium<br>Pro Rata Bond Premium Payment (40% - $24.60)<br><br>Bond: #016073584<br><br>Term: 02/01/18 to 02/01/19 | 2300-000 | | $9.84 | $19,851.49 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $21,240.00 | $1,388.51 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $21,240.00 | $1,388.51 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $21,240.00 | $1,388.51 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*       Page Subtotals:   $885.00   $38.27

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0026 - Checking Account (Non-Interest Earn | $21,240.00 | $1,388.51 | $19,851.49 |
|  | $21,240.00 | $1,388.51 | $19,851.49 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $21,240.00 |
| Total Gross Receipts: | $21,240.00 |

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-10714
Case Name: SUNG HO LEE
Trustee Name: PHILIP V. MARTINO

Balance on hand $ 19,851.49

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 2,874.00 | $ 0.00 | $ 2,874.00 |
| Attorney for Trustee Fees: QUARLES & BRADY LLP | $ 4,463.00 | $ 0.00 | $ 4,463.00 |
| Other: Kutchins, Robbins & Diamond, Ltd. | $ 918.00 | $ 0.00 | $ 918.00 |

Total to be paid for chapter 7 administrative expenses $ 8,255.00

Remaining Balance $ 11,596.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,068.44 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 3,561.75 | $ 0.00 | $ 1,471.54 |
| 2 | CAPITAL ONE BANK (US, N. A. | $ 9,734.61 | $ 0.00 | $ 4,021.86 |
| 4 | FIFTH THIRD BANK | $ 13,955.28 | $ 0.00 | $ 5,765.63 |
| 5 | COBBLESTONE CONDOMINIUM OWNERS ASSO | $ 657.14 | $ 0.00 | $ 271.50 |
| 6 | CAPITAL RECOVERY V, LLC | $ 159.66 | $ 0.00 | $ 65.96 |
| | Total to be paid to timely general unsecured creditors | | | $ 11,596.49 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE