**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | **Case No. 15-10714** |
| SUNG HO LEE | ) | **Judge Janet S. Baer** |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

Philip V. Martino, Trustee, certifies that on August 3, 2018, he caused the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object**, to be served by operation of the Court's electronic filing system to all ECF recipients registered in this case.

- Myeoung H. Lee         info@lybllp.com
- Patrick S. Layng        USTPRegion11.ES.ECF@usdoj.gov
- Ronald J. Kapustka      ndaily@ksnlaw.com
- Cari A. Kauffman        ckauffman@sormanfrankel.com

In addition to the ECF service, the following individual and each of the parties on the attached service list were served by U.S. Mail on August 3, 2018:

Debtor, Sung Ho Lee
612 Cobblestone Circle, #E
Glenview, Illinois 60025

Parties may access this filing through the Court's system.

/s/ Philip V. Martino
Philip V. Martino, Trustee

Philip V. Martino
Travis J. Eliason
QUARLES & BRADY LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

QB\53437684.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-10714<br>Northern District of Illinois<br>Chicago<br>Fri Aug  3 09:30:03 CDT 2018 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801-5014 | Capital One<br>Po Box 6492<br>Carol Stream, IL  60197-6492 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Central Mortgage Company<br>801 John Barrow RD Ste 1<br>Little Rock, AR 72205-6511 |
| Cobblestone Condominium Owners Association<br>c/o Kovitz Shifrin Nesbit<br>175 North Archer Avenue<br>Mundelein, IL 60060-2301 | Cobblestone Condominium Owners Association<br>c/o Kovitz Shifrin Nesbit<br>750 West Lake Cook Rd.<br>Suite 350<br>Buffalo Grove, IL 60089-2088 | DITRONICS FINANCIAL SERVICES<br>7699 W POST RD<br>LAS VEGAS, NV 89113-6612 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover FIN SVCS LLC<br>Po Box 15316<br>Wilmington, DE  19850-5316 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 |
| Fifth Third Bank<br>PO Box 9013<br>Addison, TX 75001-9013 | Lake County Prosecuting Attorney<br>Bad Check Restitution Program<br>Po Box 926<br>Crown Point, IN  46308-0926 | Lee Sung Ho<br>612 Cobblestone Cir # E<br>Glenview, IL 60025-3835 |
| Lee Yoo Bae LLP<br>60025 | MAJESTIC STAR CASINO & HOTEL<br>1 BUFFINGTON HARBOR DR<br>GARY, IN 46406-3000 | MB Financial Bank N.A<br>6111 North River R<br>Rosemont, IL 60018-5111 |
| SYNCB/Wal-Mart<br>Po Box 965024<br>Orlando, FL  32896-5024 | Lois West<br>Kutchins, Diamond & Robbins Ltd<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Myeoung H Lee<br>Lee Yoo Bae LLP<br>1245 Milwaukee Ave Ste 101<br>Glenview, IL 60025-2400 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Philip V Martino ESQ<br>Quarles & Brady<br>300 N. LaSalle<br>Suite 4000<br>Chicago, IL 60654-5427 | Sandra Haswell<br>Dream Town Realty<br>612 Cobblestone Circle<br>#E<br>Glenview, IL 60025-3835 |
| Sung Ho Lee<br>612 Cobblestone Cir # E<br>Glenview, IL 60025-3835 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

(d)American Honda Finance
2170 Point Blvd Ste 100
Elgin, IL  60123-7885

(d)American Honda Finance
Po Box 5308
Elgin, IL  60102-5308

(d)American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088
866-716-6441

Bank Of America
P.O. Box 982238
EL PASO, TX  79998-2238

Fifth Third Bank
5050 Kingsley DR MD # 1MOC2G
Cincinnati, OH  45263


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Cobblestone Condominium Owners Association

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28